IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN BATES,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

No. C 13-03375 WHA

**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

    The parties are advised that upcoming mediation sessions do not constitute good cause to continue deadlines in this action. The parties' request to continue the case management conference is accordingly **DENIED**.

**IT IS SO ORDERED.**

Dated: September 30, 2013.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE