United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN BATES,

    Plaintiff,

  v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.
                                     /

No. C 13-03375 WHA

**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

The parties are advised that upcoming mediation sessions do not constitute good cause to continue deadlines in this action. The parties' request to continue the case management conference is accordingly **DENIED**.

**IT IS SO ORDERED.**

Dated: September 30, 2013.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE