IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN BATES,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

    Defendant.
_____/

No. C 13-03375 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court acknowledges the parties' stipulation to vacate the case management conference, set for October 10, 2013, due to a settlement. Please note that until a dismissal is filed, all deadlines remain viable and in place.

    However, the Court will and does **CONTINUE** the case management to **OCTOBER 31, 2013, AT 11:00 A.M.** Please do not ask for any more time.

**IT IS SO ORDERED.**

Dated: October 9, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE